## SANCHEZ *v.* COX, WARDEN.

No. 79, Misc. Decided June 12, 1967.

Petitioner *pro se.*

*Boston E. Witt,* Attorney General of New Mexico, and *Thomas O. Olson,* Special Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the District of New Mexico for reconsideration in light of the fact that the transcript of evidence can apparently now be made available.

## BALLES *v.* NEW JERSEY.

No. 836, Misc. Decided June 12, 1967.

Appellant *pro se.*

*Martin J. Queenan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.